UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUANITA HUNT, individually and on behalf of A.J., her minor child,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | Civil Action No.<br>15-13855-FDS |

ORDER TO PROVIDE ADDRESS
AND GRANTING MOTION TO WITHDRAW

**SAYLOR, J.**

On November 28, 2018, attorney Christopher L. Schnieders, counsel for plaintiffs, filed a motion to withdraw as counsel.

The motion to withdraw is GRANTED, effective February 19, 2019, or upon the filing of an appearance by a new counsel or a written notice by plaintiffs that they intend to proceed *pro se*. Plaintiffs are directed to file a notice of change of address with the Court providing updated contact information by that date. Failure to do so will likely result in dismissal of the action.

**So Ordered.**

Dated: January 23, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge