UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUANITA HUNT, individually and on behalf of A.J., her minor child, ) ) ) ) Plaintiffs, ) ) v. ) ) GLAXOSMITHKLINE LLC, ) ) Defendant. ) ) | Civil Action No. 15-13855-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On January 23, 2019, this Court ordered plaintiffs to provide an updated address, telephone number, and e-mail address by February 19, 2019. Because plaintiffs failed to do so, this action is hereby DISMISSED without prejudice.

**So Ordered.**

Dated: February 26, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge